```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
```
DAWN MAZZONE-TRANI,

                Plaintiff(s),       **ORDER**
                                                                 CV 08-060 (JS) (WDW)

      -against-

DONOHUE CECERE FUNERAL HOME,
a/k/a DONOHUE CECERE FUNERAL
DIRECTORS, et al.,

                Defendant(s).
```
----------------------------------------------------------X
```
**WALL, Magistrate Judge:**

      The plaintiff has moved to compel and the parties have jointly moved for an extension of discovery deadlines in this matter. See Docket Entries 15 & 16. The defendants report that the parties have resolved the motion to compel and it is deemed withdrawn. The motion for an extension of time is granted to the following extent:

•     **March 31, 2009:** Completion of all discovery, inclusive of expert discovery. Depositions of experts may be taken at any time before trial.

•     **April 13, 2009**: Any party seeking to make a dispositive motion must take the first action beginning the motion process by this date or risk forfeiting the right to make such a motion.

•     The pretrial conference will be held on **April 27, 2009 at 10:30 a.m.** A joint proposed pretrial order in compliance with the district judge's requirements and signed by counsel for each party must be electronically filed prior to this conference. All parties must also submit a one page, ex parte statement of their settlement positions to the undersigned prior this conference. Any request to adjourn the conference must be filed as a motion and must contain alternative dates within one week of the scheduled date that are acceptable to all parties

      **The parties are warned that no further extensions will be granted**.

Dated: Central Islip, New York                   **SO ORDERED:**
       January 6, 2009

                                                        /s/ William D. Wall
                                                       WILLIAM D. WALL
                                                       United States Magistrate Judge